Elliot Gale (Bar #1119904)
egale@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, CA 95747
916-290-7778 ph
916-721-2767 fax

Attorneys for Plaintiff
Nancy Thompson

# IN THE UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Nancy Thompson<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Equifax Information Services, LLC, et. al.<br><br><br><br>　　　　　Defendant. | Case No.: 3:21-cv-00644-SLC<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT EQUIFAX INFORMATION SERVICES, LLC |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** plaintiff Nancy Thompson and defendant Equifax Information Services, LLC have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. Plaintiffs anticipate filing a dismissal of Equifax Information Services, LLC within 30 days once the settlement is finalized.

　　　　　　　　　　　　　　　　　　　　**Gale, Angelo, Johnson, & Pruett, P.C.**

Dated:　November 19, 2021　　　　　　/s/ *Elliot Gale*
　　　　　　　　　　　　　　　　　　　　Elliot Gale
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

NOTICE OF SETTLEMENT - 1