UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Nancy Thompson<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Credit One Bank, N.A., et. al.<br><br>　　　　　Defendants. | Case No.: 3:21-cv-00644-SLC<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT EQUIFAX INFORMATION SERVICES, LLC PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |

**PLEASE TAKE NOTICE** that Plaintiff Nancy Thompson, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses Equifax Information Services, LLC as to all claims in this action, with prejudice.

　　　　Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

　　　　41(a) Voluntary Dismissal

　　　　(1) By the Plaintiff

　　　　　　　(a) Without a Court Order.  Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

　　　　　　　　　(1) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

//

//

//

//

Defendant Equifax Information Services, LLC has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, the matter may be dismissed against it for all purposes and without an Order of the Court.

Dated: January 3, 2022                    Gale, Angelo, Johnson, & Pruett, P.C.

                                          By:  */s/ Elliot Gale*
                                                  Elliot Gale
                                          Elliot Gale (Bar #1119904)
                                          egale@gajplaw.com
                                          Gale, Angelo, Johnson, & Pruett, P.C.
                                          1430 Blue Oaks Blvd., Ste. 250
                                          Roseville, CA 95747
                                          916-290-7778 ph
                                          916-721-2767 fax

                                          Attorney for Plaintiff
                                          Nancy Thompson